In the Matter of the Arbitration of Certain Controversies between Common School District No. 9, Town of Islip, Suffolk County, New York, now Union Free School District No. 9 of the Town of Islip, Suffolk County, New York, Appellant, and E. POST TOOKER and REGINALD E. MARSH, etc., Respondents, under an Agreement for Arbitration Dated May 24th, 1929.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of the RICHMOND COUNTY BAR ASSOCIATION in Respect of FRANCIS P. FARRELL, an Attorney and Counselor at Law.— In view of the affidavit of the respondent, the matter is remitted to the Richmond County Bar Association to give the respondent an opportunity to produce further proof. It will be advisable that the grievance committee give the respondent ten days' notice of the hearing. In the meantime determination on the petition will be reserved. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of OSCAR L. LANDMAN, an Attorney and Counselor at Law.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. Respondent, in the County Court of Kings county, has been adjudged guilty of the crime of forgery in the second degree. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.